UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| TYRONE M. ALLEN, SR., ) | 1:08-cv-00131-LJO-SMS |
| ) | |
| Plaintiff, ) | ORDER RE: FINDINGS AND |
| ) | RECOMMENDATIONS RE: PLAINTIFF'S |
| ) | REQUEST FOR A PRELIMINARY |
| v.  ) | INJUNCTION CONCERNING LAW LIBRARY |
| ) | ACCESS (DOCS. 9, 10) |
| SHIRLEY ANN CARTHLEDGE, ) | |
| ) | |
| Defendant. ) | |
| ) | |

Plaintiff, an inmate of the Fresno County Jail, is proceeding pro se and in forma pauperis with a civil action in this Court. The matter has been referred to the Magistrate Judge pursuant to 28 U.S.C. § 636(b) and Local Rules 72-302 and 72-304.

On March 10, 2008, the Magistrate Judge filed findings and a recommendation that Plaintiff's request for a preliminary injunction be denied. The findings and recommendation were served on all parties and contained notice that any objections to the findings and recommendations were to be filed within thirty (30) days of the date of service of the order. No party has filed any objections.

In accordance with the provisions of 28 U.S.C. § 636

1

(b)(1)(C) and <u>Britt v. Simi Valley United School Dist.</u>, 708 F.2d 452, 454 (9th Cir. 1983), this Court has conducted a *de novo* review of the case. Having carefully reviewed the entire file, the Court finds that the report and recommendation are supported by the record and proper analysis.

Accordingly, IT IS HEREBY ORDERED that:

1. The findings and recommendation filed March 10, 2008, are ADOPTED IN FULL; and

2. Plaintiff's request for a preliminary injunction IS DENIED.

IT IS SO ORDERED.

**Dated:   April 17, 2008**               /s/ Lawrence J. O'Neill
                                         UNITED STATES DISTRICT JUDGE