UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| TYRONE M. ALLEN, SR., ) | 1:08-cv-00131-LJO-SMS |
| ) | |
| Plaintiff, ) | ORDER RE: FINDINGS AND |
| ) | RECOMMENDATIONS TO DISMISS ACTION |
| ) | WITHOUT LEAVE TO AMEND FOR |
| v.   ) | FAILURE TO STATE GROUNDS FOR |
| ) | JURISDICTION (DOC. 13) |
| SHIRLEY ANN CARTHLEDGE, ) | |
| ) | |
| Defendant. ) | |
| ) | |
| _____ ) | |

   Plaintiff, an inmate of the Fresno County Jail, is proceeding pro se and in forma pauperis with a civil action in this Court.

   On April 21, 2008, the Magistrate Judge filed findings and a recommendation that the first amended complaint be dismissed for Plaintiff's failure to state any grounds for jurisdiction in this Court. The findings and recommendation were served on all parties on April 22, 2008, and contained notice that any objections to the findings and recommendations were to be filed within thirty (30) days of the date of service of the order. No party filed any objections.

   In accordance with the provisions of 28 U.S.C. § 636

1

(b)(1)(C) and <u>Britt v. Simi Valley United School Dist.</u>, 708 F.2d 452, 454 (9th Cir. 1983), this Court has conducted a *de novo* review of the case. Having carefully reviewed the entire file, the Court finds that the findings and recommendation are supported by the record and proper analysis.

Accordingly, IT IS HEREBY ORDERED that:

1. The findings and recommendation filed April 21, 2008, are ADOPTED IN FULL; and

2. The action IS DISMISSED for failure to state a basis for jurisdiction in this Court; and

3. The Clerk of Court IS DIRECTED to close this action because this order terminates the action in its entirety.

IT IS SO ORDERED.

**Dated:   May 30, 2008**              /s/ Lawrence J. O'Neill
                                      UNITED STATES DISTRICT JUDGE